1
2
3
4               UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
5                         AT SEATTLE

6  DANA LEOPOLD,
7           Plaintiff,
                                    Case No. C04-818Z
8       v.
                                    TAXATION OF COSTS
9  ANTHONY SHAVER,
10          Defendant.

11

12     Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause

13 indicated above are hereby taxed against DEFENDANT ANTHONY SHAVER , and on behalf of

14 PLAINTIFF in the amount of $5,282.16  as follows:

|     |              | Requested  | Disallowed | Allowed    |
|-----|--------------|------------|------------|------------|
| I.  | FEES OF THE CLERK | $150.00 | 0          | $150.00    |
| II. | SERVICE FEES | $295.00    | 0          | $295.00    |
| III.| WITNESS FEES | $400.13    | 0          | $400.13    |
| IV. | COPY COSTS   | $2,189.76  | $1,683.36  | $506.40    |

Clerk disallowed costs associated with gathering and copying discovery materials. Costs to produce Trial Exhibit Notebooks were allowed.

|     |                  | Requested | Disallowed | Allowed   |
|-----|------------------|-----------|------------|-----------|
| V.  | DEPOSITION COSTS | $3,930.63 | 0          | $3,930.63 |

Clerk allowed costs of both transcripts and video production of depositions actually used at trial.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| VI.  POSTAGE | $27.70 | $27.70 | 0 |

Costs of postage are not taxable.

Dated this    23rd    day of AUGUST, 2006 .

*[signature]*

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2